Mazen Arakji
105 N 1st #1544
San Jose CA 95109
669 212 6302
mazenarakji@aim.com

# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA

Civil Action Number

**C 24 02202 VKD**

MAZEN ARAKJI Plaintiff,

v.

ABBOTT LABORATORIES,

AMAZON,

APPLE INC.,

INTEL CORPORATION

Defendants.

**FILED**
APR 12 2024
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA
SAN JOSE OFFICE

## COMPLAINT

I, Mazen Arakji, plaintiff, request that the Court enter judgment in my favor against Abbot Laboratories (Abbott), Amazon, Apple Inc. (Apple), and Intel Corporation (Intel), and in support of such Complaint aver as follows:

## PARTIES

Plaintiff Mazen Arakji is a citizen of the United States of America and may be served at the following address: 105 N 1st St #1544 San Jose, CA 95109

Defendants Abbott, Amazon, Apple, and Intel are corporations operating pursuant to the Constitution and the laws of the State of California within the U.S. Northern District of California.

Abbott may be served with process through the Authorized Agent: Amanda Garcia, 330 N Brand Blvd, Glendale, CA 91203.

Amazon may be served with process through the Authorized Agent: Becky Degeorge,

2710 Gateway Oaks Drive, Sacramento, CA 95833.

Apple may be served with process through the Authorized Agent: Amanda Garcia, 330 N Brand Blvd, Glendale, CA 91203.

Intel may be served with process through the Authorized Agent: Amanda Garcia, 330 N Brand Blvd, Glendale, CA 91203.

# JURISDICTION

Jurisdiction of this court arises under 28 U.S.C. Secs 1331, 1343 (a), and 1367.

# INTRODUCTION

This is a civil action under 42 U.S.C. 1981, 42 U.S.C. 2000e–2, 42 U.S.C. 12112, and Cal Gov Code 12940, seeking damages and injunctive relief against Defendants for personal injuries suffered due to acts committed, with the intent and for the purpose of, depriving me of rights secured under the Constitution and laws.  I, Mazen Arakji of California hereby assert the following claims against Defendants in the above-entitled action:

- violation of 42 U.S.C. 1981: Denial of employment due to ancestry and ethnic characteristics

- violation of 42 U.S.C. 2000e–2: Denial of employment due to national origin and religion

- violation of 42 U.S.C. 12112: Denial of employment due to disability

- violation of Cal Gov Code 12940: Denial of employment due to religious creed, national origin, ancestry, and disability

- intentional infliction of emotional distress

# LEGAL STANDARD

The burden shifting framework set forth in McDonnell Douglas Corp. v. Green, 411 U.S. 792 (1973) applies in this discriminatory failure to hire case.  California has adopted the

exact same framework under the FEHA. See *Guz v. Bechtel Nat. Inc.* (200) 24 Cal.4th 317, 354 (applying McDonnell Douglas framework to FEHA claim).

Under that framework, Plaintiff must establish a prima facie case of unlawful discrimination/failure to hire, the burden then shifts to Defendant to articulate a legitimate, nondiscriminatory reason for its action, and then Plaintiff must show that Defendant's proffered reason was a mere pretext for discrimination.

Establishing a prima facie case of discrimination in hiring requires that: (A) Plaintiff belongs to a protected class; (B) Plaintiff applied and was qualified for a job for which the employer was seeking applicants; (C) despite Plaintiff's qualifications, Plaintiff was rejected; and (D) after Plaintiff's rejection, the position remained open and the employer continued to seek applicants from persons of Plaintiff's qualifications. See *McDonnell Douglas Corp. v. Green*, 411 U.S. 792 at 802 (1973).

## PRELIMINARY FACTS

1. I, Mazen Arakji, am a 43 year old male. For Muslim religious purposes, I wear a long beard. I have a disability in my left hand. It is a very obvious musculoskeletal disability. The name "Mazen" is known to be an Arabic name. The surname "Arakji" is known to be a Muslim surname. My national origin is Lebanese, which is an Arabic country in the Middle East. I was born there. I have Arabic ancestry and ethnic characteristics.

2. I am a graduate of the University of Colorado Boulder where I earned the following two degrees:
   - Bachelors Electrical and Computer Engineering (May 2004, GPA 3.3)
   - Masters Computer Engineering (December 2006, GPA 3.7)

3. I furthered my education with the following achievements:
   - Embedded Systems Engineering certificate program by the University of California Irvine (December 2011, GPA 4.0)
   - Android Development course by the University of California Irvine (May 2012, GPA 4.0)
   - iOS Development course by the University of California Irvine (June 2012, GPA 4.0)
   - Machine Learning course by Stanford University through Coursera (June 2014, GPA 4.0)

- Internet of Things course by the University of California San Diego through Coursera (March 2018, GPA 4.0)
- Robotics course by Columbia University through edX (April 2018, GPA 4.0)
- Probabilistic Graphical Models course by Stanford University through Coursera (July 2018, GPA 4.0, with honors)
- Development Of Real-Time Systems course by EIT Digital through Coursera (October 2018, GPA 4.0)
- Embedded System Design: Modeling, Analysis, And Synthesis graduate course by the University of California Berkeley (May 2019, GPA 4.0)

4  I hold the following certifications:
   - Embedded System Design (University of Colorado Boulder: Dec 2006)
   - R&D Engineering Management (University of Colorado Boulder: Dec 2006)
   - Software Engineering (University of Colorado Boulder: May 2007)
   - SCJP Sun Certified Java Programmer (Sun Microsystems: March 2008)
   - SCWCD Sun Certified Web Component Developer (Sun Microsystems: Feb 2010)
   - Embedded Systems Engineering (University of California Irvine: Dec 2011)

5  In addition to an excellent academic record, I have initially enjoyed success professionally. At Sun Microsystems (now Oracle), I was promoted within 6 months of being hired, and accepted into the selective Sun Engineering Enrichment & Development (SEED) program on the technical tract which is designed for individuals with a high potential to excel. Additionally, I received a letter from a previous employer commending my performance and contributions. I developed 3 Android apps and 2 iOS apps in one year. The Android apps are available for free (although in app purchases may apply) on Google Play. Most recently, I have developed two novel RTOS architectures for which I have patents granted. These patents identify a long standing deficiency in current RTOS architectures and specify the general solutions.

6  My life has taken an unbelievable turn in the past 12 years. My plan was to be CEO of a multinational corporation by the age of 40. Instead, I have been living in poverty across 2 states, despite applying for employment constantly and consistently since 2011. I have lost all my 30s and almost half my 40s. I have applied to thousands of jobs.

## FIRST CLAIM FOR RELIEF AND SUPPORTING FACTUAL ALLEGATIONS

7   I repeat and incorporate by reference, the facts in paragraphs 1-6 with the same force and effect as if herein set forth.

8   I've been applying to Abbot since 2018, and despite being qualified, was never hired. My most recent rejection was on September 7, 2023.

9   Abbot claims to have "considered my applications" in their rejection notices, and also states that the "interview process was very competitive", and that another candidate was selected.

10   I provided information regarding my disability during the application process.

11   Therefore, I belong to a protected class, and I applied and was qualified for a job for which Abbott was seeking applicants, and despite my qualifications, I was rejected, and then the position remained open and Abbot continued to seek applicants for it.

12   Abbot is in violation of 42 U.S.C. 1981: Denial of employment due to ancestry and ethnic characteristics.

13   I obtained a right-to-sue notice from the EEOC on January, 16 2024.


## SECOND CLAIM FOR RELIEF AND SUPPORTING FACTUAL ALLEGATIONS

14   I repeat and incorporate by reference, the facts in paragraphs 7-11 with the same force and effect as if herein set forth.

15   Abbot is in violation of 42 U.S.C. 2000e–2: Denial of employment due to national origin and religion.

16   I obtained a right-to-sue notice from the EEOC on January, 16 2024.


## THIRD CLAIM FOR RELIEF AND SUPPORTING FACTUAL ALLEGATIONS

17   I repeat and incorporate by reference, the facts in paragraphs 7-11 with the same force and effect as if herein set forth.

18   Abbot is in violation of 42 U.S.C. 12112: Denial of employment due to disability.

19   I obtained a right-to-sue notice from the EEOC on January, 16 2024.

# FOURTH CLAIM FOR RELIEF AND SUPPORTING FACTUAL ALLEGATIONS

20   I repeat and incorporate by reference, the facts in paragraphs 7-11 with the same force and effect as if herein set forth.

21   Abbot is in violation of Cal Gov Code 12940: Denial of employment due to religious creed, national origin, ancestry, and disability.

22   I obtained a right-to-sue notice from the DFEH on January, 16 2024.

# FIFTH CLAIM FOR RELIEF AND SUPPORTING FACTUAL ALLEGATIONS

23   I repeat and incorporate by reference, the facts in paragraphs 1-6 with the same force and effect as if herein set forth.

24   I've been applying to Amazon since 2016, and despite being qualified, was never hired.  My most recent application has been stuck in processing since January 8, 2021 and I concluded that it is equivalent to a rejection.

25   I have applied to over 100 positions at Amazon and also interviewed with them twice.

26   I provided information regarding my disability during the application process.

27   Therefore, I belong to a protected class, and I applied and was qualified for a job for which Amazon was seeking applicants, and despite my qualifications, I was rejected, and then the position remained open and Amazon continued to seek applicants for it.

28   Amazon is in violation of 42 U.S.C. 1981: Denial of employment due to ancestry and ethnic characteristics.

29  I obtained a right-to-sue notice from the EEOC on January, 22 2024.

# SIXTH CLAIM FOR RELIEF AND SUPPORTING FACTUAL ALLEGATIONS

30  I repeat and incorporate by reference, the facts in paragraphs 23-27 with the same force and effect as if herein set forth.

31  Amazon is in violation of 42 U.S.C. 2000e–2: Denial of employment due to national origin and religion.

32  I obtained a right-to-sue notice from the EEOC on January, 22 2024.

# SEVENTH CLAIM FOR RELIEF AND SUPPORTING FACTUAL ALLEGATIONS

33  I repeat and incorporate by reference, the facts in paragraphs 23-27 with the same force and effect as if herein set forth.

34  Amazon is in violation of 42 U.S.C. 12112: Denial of employment due to disability.

35  I obtained a right-to-sue notice from the EEOC on January, 22 2024.

# EIGHTH CLAIM FOR RELIEF AND SUPPORTING FACTUAL ALLEGATIONS

36  I repeat and incorporate by reference, the facts in paragraphs 23-27 with the same force and effect as if herein set forth.

37  Amazon is in violation of Cal Gov Code 12940: Denial of employment due to religious creed, national origin, ancestry, and disability.

38  I obtained a right-to-sue notice from the DFEH on January, 22 2024.

## NINTH CLAIM FOR RELIEF AND SUPPORTING FACTUAL ALLEGATIONS

39  I repeat and incorporate by reference, the facts in paragraphs 1-6 with the same force and effect as if herein set forth.

40  I've been applying to Apple since 2012, and despite being qualified, was never hired. The most recent rejection was on August 7, 2023.

41  I have applied to over 200 positions at Apple and also interviewed with them three times.

42  I provided information regarding my disability during the application process.

43  Therefore, I belong to a protected class, and I applied and was qualified for a job for which Apple was seeking applicants, and despite my qualifications, I was rejected, and then the position remained open and Apple continued to seek applicants for it.

44  Apple is in violation of 42 U.S.C. 1981: Denial of employment due to ancestry and ethnic characteristics.

45  I obtained a right-to-sue notice from the EEOC on January, 23 2024.

## TENTH CLAIM FOR RELIEF AND SUPPORTING FACTUAL ALLEGATIONS

46  I repeat and incorporate by reference, the facts in paragraphs 39-43 with the same force and effect as if herein set forth.

47  Apple is in violation of 42 U.S.C. 2000e–2: Denial of employment due to national origin and religion.

48  I obtained a right-to-sue notice from the EEOC on January, 23 2024..

## ELEVENTH CLAIM FOR RELIEF AND SUPPORTING FACTUAL ALLEGATIONS

49  I repeat and incorporate by reference, the facts in paragraphs 39-43 with the same

    force and effect as if herein set forth.

50    Apple is in violation of 42 U.S.C. 12112: Denial of employment due to disability.

51    I obtained a right-to-sue notice from the EEOC on January, 23 2024.

## TWELFTH CLAIM FOR RELIEF AND SUPPORTING FACTUAL ALLEGATIONS

52    I repeat and incorporate by reference, the facts in paragraphs 39-43 with the same force and effect as if herein set forth.

53    Apple is in violation of Cal Gov Code 12940: Denial of employment due to religious creed, national origin, ancestry, and disability.

54    I obtained a right-to-sue notice from the DFEH on January, 23 2024.

## THIRTEENTH CLAIM FOR RELIEF AND SUPPORTING FACTUAL ALLEGATIONS

55    I repeat and incorporate by reference, the facts in paragraphs 1-6 with the same force and effect as if herein set forth.

56    I've been applying to Intel since 2018, and despite being qualified, was never hired. My most recent rejection was on September 7, 2023.

57    Intel claims to have "completed assessment of all potential applicants" and that they had "reviewed my application but decided to not move forward" in their rejection notices. I have applied to over 75 jobs with Intel.

58    I provided information regarding my disability during the application process.

59    Therefore, I belong to a protected class, and I applied and was qualified for a job for which Intel was seeking applicants, and despite my qualifications, I was rejected, and then the position remained open and Intel continued to seek applicants for it.

60    Intel is in violation of 42 U.S.C. 1981: Denial of employment due to ancestry and ethnic characteristics.

61  I obtained a right-to-sue notice from the EEOC on January, 23 2024.

## FOURTEENTH CLAIM FOR RELIEF AND SUPPORTING FACTUAL ALLEGATIONS

62  I repeat and incorporate by reference, the facts in paragraphs 55-59 with the same force and effect as if herein set forth.

63  Intel is in violation of 42 U.S.C. 2000e–2: Denial of employment due to national origin and religion.

64  I obtained a right-to-sue notice from the EEOC on January, 23 2024.

## FIFTEENTH CLAIM FOR RELIEF AND SUPPORTING FACTUAL ALLEGATIONS

65  I repeat and incorporate by reference, the facts in paragraphs 55-59 with the same force and effect as if herein set forth.

66  Intel is in violation of 42 U.S.C. 12112: Denial of employment due to disability.

67  I obtained a right-to-sue notice from the EEOC on January, 23 2024.

## SIXTEENTH CLAIM FOR RELIEF AND SUPPORTING FACTUAL ALLEGATIONS

68  I repeat and incorporate by reference, the facts in paragraphs 55-59 with the same force and effect as if herein set forth.

69  Intel is in violation of Cal Gov Code 12940: Denial of employment due to religious creed, national origin, ancestry, and disability.

70  I obtained a right-to-sue notice from the DFEH on January, 23 2024.

# REQUEST FOR RELIEF

**FIRST CLAIM**
   Compensatory Damages:   $100,000,000

**SECOND CLAIM**
   Compensatory Damages:   $300,000

**THIRD CLAIM**
   Compensatory Damages:   $300,000

**FOURTH CLAIM**
   Compensatory Damages:   $100,000,000

**FIFTH CLAIM**
   Compensatory Damages:   $100,000,000

**SIXTH CLAIM**
   Compensatory Damages:   $300,000

**SEVENTH CLAIM**
   Compensatory Damages:   $300,000

**EIGHTH CLAIM**
   Compensatory Damages:   $100,000,000

**NINTH CLAIM**
   Compensatory Damages:   $100,000,000

**TENTH CLAIM**
   Compensatory Damages:   $300,000

**ELEVENTH CLAIM**
   Compensatory Damages:   $300,000

**TWELFTH CLAIM**
Compensatory Damages:   $100,000,000

**THIRTEENTH CLAIM**
Compensatory Damages:   $100,000,000

**FOURTEENTH CLAIM**
Compensatory Damages:   $300,000

**FIFTEENTH CLAIM**
Compensatory Damages:   $300,000

**SIXTEENTH CLAIM**
Compensatory Damages:   $100,000,000

Respectfully Submitted,

Mazen Arakji

/S/ Mazen Arakji

105 N. 1st St. #1544San Jose CA, 95109

mazenarakji@aim.com